**GUSSIE MICHELSON GRANTZ  v. HERMAN GRANTZ**

23 So. (2nd) 383                          June Term, 1945
September 25, 1945                Special Division A
Rehearing Denied Oct. 19, 1945

*Rosenhouse & Rosenhouse,* for appellant.

*John E. Porte,* for appellee.

PER CURIAM:

For final decree granting divorce and dismissing defendant's counter claim, defendant in the court below has perfected appeal.

The decree was rendered after consideration of voluminous conflicting testimony and evidence by way of exhibits.

There is ample substantial evidence as disclosed by the transcript to support the decree and, therefore, the same is affirmed.

So ordered.

TERRELL, BUFORD, THOMAS and ADAMS, JJ., concur.